IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SALAS RAMIREZ, | No. 2:16-cv-0552-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
|     Respondent. | |

Petitioner, a state prisoner, is proceeding pro se in this action. Petitioner originally filed an action in 2015, case number 2:15cv0583, which was designated a petition for writ of habeas corpus, regarding his eligibility for the state's elderly parole program. He then filed his current request in the United States District Court for the Northern District of California. The Northern District proceeded to transferred the filing to this court, as improperly filed in that district. Upon transfer, petitioner's current request was used to open a new case instead of filing it in his prior case as he indicated on his filing. This new case was therefore opened in error. Petitioner's current request should have been filed in his prior action, case 2:15cv0583.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to file petitioner's current request (Doc. 1) in his prior action, case 2:15cv0583 and close this case as opened in error.

DATED: October 28, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE